# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Ronaldo Xhaja,

      Plaintiff,

                             Civil No. 26-10135

v.

                             Honorable Jonathan J.C. Grey
                             Mag. Judge David R. Grand

U.S. Citizenship and Immigration
Services et al.,

      Defendants.

---

## Stipulated Order of Voluntary Dismissal

---

By stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41(a), **IT IS ORDERED** that this case is voluntarily **DISMISSED**.

      **SO ORDERED.**

                             **s/ Jonathan J.C. Grey**
                             Jonathan J.C. Grey
                             United States District Judge

Dated:  February 27, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 27, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager